**Opinion issued June 23, 2022**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-22-00206-CR

_____

## IN RE J.B. BLACK, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

J.B. Black, acting pro se, has filed a petition for writ of mandamus compelling the trial court to rule on his motion for appointment of new counsel.[1] We deny the petition.

### PER CURIAM

Panel consists of Chief Justice Radack and Justices Goodman and Hightower.

Do not publish. TEX. R. APP. P. 47.2(b).

---

[1] The underlying case is *The State of Texas v. J.B. Black*, cause number 1723527, pending in the 174th District Court of Harris County, Texas, the Honorable Hazel B. Jones presiding.